United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LEE STOUT, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00122 |
| UNKNOWN GALLEGOS, | § § § | |
| Defendant. | § | |

**MEMORANDUM AND RECOMMENDATION
TO DISMISS CASE FOR WANT OF PROSECUTION**

Plaintiff Michael Lee Stout, proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights action. This case was originally filed in the Eastern District of Texas, Tyler Division, but was later partially severed. (D.E. 6). In the severance order, Plaintiff's claims involving certain employees located at the Texas Department of Criminal Justice's McConnell Unit were transferred to the Southern District of Texas, Corpus Christi Division. (D.E. 6). At the time he filed this action, he was confined at the Texas Department of Criminal Justice McConnell Unit in Beeville, Texas. On June 17, 2021, the undersigned ordered Plaintiff Stout to submit an amended complaint. (D.E. 11). Plaintiff was admonished that failure to comply with the Court's Order may result in the dismiss of this action. (D.E. 11, pg. 3). Plaintiff failed to file an amended complaint as ordered. On July 26, 2021, the undersigned issued a Show Cause Order directing Plaintiff Stout to show cause within twenty days as to why he did not comply with the Court's previous order.

(D.E. 14). Plaintiff was admonished that if he failed to comply with the Court's Order, the matter would be referred to the District Court with a recommendation to dismiss this cause of action. (D.E. 14, pgs. 1,2). Plaintiff has failed to answer the Court's Show Cause Order.

A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute). To date, Plaintiff has not responded to the June 17, 2021 Order to file an Amended Complaint nor to the July 26, 2021 Show Cause Order. Plaintiff has repeatedly failed to follow court orders and submit the requested information. Dismissal is therefore warranted under these circumstances.

Accordingly, the undersigned respectfully recommends that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

Respectfully submitted on August 31, 2021.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs*. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).